IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00215-MSK
Criminal Action No. 03-CR-41-MK

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

ADALBERTO MENDOZA-FLORES,

    Defendant/Movant.

_____

### ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

                                                **BY THE COURT:**

                                                *[signature: Marcia S. Krieger]*

                                                Marcia S. Krieger
                                                United States District Judge